IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VENKATA GHANTA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:15-cv-10839 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | Magistrate Judge Finnegan |
| PEOPLES GAS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, VENKATA GHANTA, by and through his attorneys, SMITHMARCO, P.C., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

4. Plaintiff also requests that the Status on February 5, 2016, be stricken.

                                                              Respectfully submitted,
                                                              **VENKATA GHANTA**

                                          By:    s/ David M. Marco
                                                      Attorney for Plaintiff

Dated: January 27, 2016

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone:	(312) 546-6539
Facsimile:	(888) 418-1277
E-Mail:	dmarco@smithmarco.com