UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Venkata Ghanta
          Plaintiff,

v.                                        Case No.: 1:15−cv−10839
                                       Honorable Joan B. Gottschall

Peoples Gas
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 29, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the plaintiff's notice of voluntary dismissal [6], this case is dismissed with prejudice. The parties shall bear their own costs and fees. Status hearing set for 2/5/16 is stricken. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.